```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    PEDRO PEREZ                                                BK-09-12513
        Debtor(s)                                       CHAPTER 13

### NOTICE OF CHAPTER 13 PLAN COMPLETION

    The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

    The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

                                                        /s/John Boyajian
                                                        John Boyajian
                                                       Chapter 13 Trustee
                                                        182 Waterman Street
                                                         Providence, RI 02906
                                                         Tel:(401)223-5550
                                                         Fax:(401)223-5548

### CERTIFICATION

        I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Pedro Perez, 153 Reservoir Ave., Providence, RI 02907, and electronically mailed to John B. Ennis, Esq. at jbelaw@aol.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on March 5, 2015.

                                                        /s/ Martha Hunt